IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>           v.<br><br>OSCAR SAMUEL GALINDO,<br><br>              Defendant. | CASE NO.  5:26-MJ-00026-CDB<br><br>**ORDER UNSEALING CRIMINAL COMPLAINT AND ALL RELATED FILINGS** |

The United States of America ("government"), having arrested Defendant OSCAR SAMUEL GALINDO on an arrest warrant issued in this matter, and the need for unsealing the criminal complaint having ceased, as demonstrated by the government's representations in its application to unseal;

IT IS ORDERED that the criminal complaint and all other filings in this case be unsealed.

IT IS SO ORDERED.

Dated:  **June 30, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

Unsealing ORDER

1